IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| U.S. SHORING & EQUIPMENT CO., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:20-cv-01188-P |
| BRCT, LLC D/B/A BLACK ROCK CONSTRUCTION, | § § § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case (ECF No. 3):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without PREJUDICE**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **23th day** of **November, 2020.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE